```
          FILED          ENTERED
          LODGED         RECEIVED

          AUG 12 2009
          AT SEATTLE
          CLERK U.S. DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
                                  DEPUTY
       BY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICKY ELDON BALLARD,<br><br>Petitioner,<br><br>v.<br><br>JAMES THATCHER,<br><br>Respondent. | Case No. 08-cv-01575-JLR<br><br>ORDER OF DISMISSAL |

The Court, after careful consideration of Petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, the Petitioner's Objections to the Report and Recommendation (DKT 24), governing authorities, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The habeas petition is DENIED and this case is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to all counsel of record and to Judge Donohue.

DATED this 12th day of August, 2009.

/s/ James L. Robart
JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE - 1

08-CV-01575-ORD